EPS Judicial Process Service, Inc.
29-27 41ˢᵗ Avenue, Suite 812
Long Island City, NY 11101
Telephone: 718-472-2900
Facsimile: 718-472-2909

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In the Matter of the Arbitration between:

THALES ALENIA SPACE FRANCE,

                            Petitioner (s),

      -against-

GLOBALSTAR, INC.,

                            Respondent (s).
----------------------------------------------------------X

Case No. 12 CV 4102 (PAE)
AFFIDAVIT OF SERVICE

ECF Case

STATE OF DELAWARE    )
                              :s.s:
COUNTY OF NEW CASTLE  )

      JOHN A. GARBER, being duly sworn, deposes and says:

      I am not a party to this action, am over the age of eighteen years, and reside in the State of Delaware.

      I am an agent for EPS Judicial Process Service, Inc. and I received SUMMONS IN A CIVIL ACTION; PETITION OF THALES ALENIA SPACE FRANCE TO CONFIRM ARBITRATION AWARD; INDIVIDUAL RULES AND PRACTICES IN A CIVIL CASES FOR JUDGE PAUL A. ENGELMAYER and ELECTRONIC CASE FILING RULES & INSTRUCTIONS for the above-entitled action to be served upon GLOBALSTAR, INC., respondent herein named.

      On the 24ᵗʰ day of May, 2012, at approximately 12:17 p.m. at 2711 Centerville Road, Suite 400, Wilmington, Delaware, I served true copies of the SUMMONS IN A CIVIL ACTION; PETITION OF THALES ALENIA SPACE FRANCE TO CONFIRM ARBITRATION AWARD and INDIVIDUAL RULES AND PRACTICES IN A CIVIL

CASES FOR JUDGE PAUL A. ENGELMAYER and ELECTRONIC CASE FILING RULES & INSTRUCTIONS, in the above-entitled action, upon GLOBALSTAR, INC., respondent herein named, by personally delivering to and leaving thereat true copies of the above mentioned documents with Paul Matthews. At time of service, Mr. Matthews identified himself as the Litigation Management Representative for Corporation Service Company, who are the registered agents for Globalstar, Inc. and as a person authorized to accept service of process for Globalstar, Inc.

Mr. Matthews is a Caucasian male, approximately 40 years of age, 5'10" tall, 180 lbs with dark hair and dark eyes.

Sworn to before me this
24th day of May, 2012

_____
NOTARY PUBLIC

_____
JOHN A. GARBER

[Notary Seal: KEVIN JAMES REINBOLD, MY COMMISSION EXPIRES FEB. 7, 2014, NOTARY PUBLIC, STATE OF DELAWARE]

AO 440 (Rev. 12/09) Summons in a Civil Action

JUDGE ENGELMAYER

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| THALES ALENIA SPACE FRANCE | ) | |
| Plaintiff | ) ) | 12 CV 4102 |
| v. | ) | Civil Action No. |
| GLOBALSTAR, INC. | ) ) | |
| Defendant | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Globalstar, Inc.
300 Holiday Square Boulevard
Covington, LA 70433


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached   petition   or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Elliot E. Polebaum, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
801 17th Street, NW
Washington, DC 20006
(202) 639-7000
elliot.polebaum@friedfrank.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

CLERK OF COURT

Date: MAY 2 3 2012

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: