Engelmayer, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
In the Matter of the Arbitration between:

THALES ALENIA SPACE FRANCE,

                        Petitioner,

        - against -

GLOBALSTAR, INC.,

                        Respondent.
------------------------------------------------------------ X

12 Civ. 4102 (PAE)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for Petitioner Thales Alenia Space France and Respondent Globalstar, Inc., that Respondent's date to respond to the Petition of Thales Alenia Space France to Confirm Arbitration Award is adjourned and extended until July 16, 2012. This Stipulation may be executed in counterparts and facsimile or electronic copies shall be accepted for all purposes.

Dated: New York, New York
       June 6, 2012

FRIED, FRANK, HARRIS, SHRIVER
   & JACOBSON LLP

By: _____
     Elliot E. Polebaum
801 17th Street, NW
Washington, D.C. 20006
(202) 639-7000 (tel.)
elliot.polebaum@friedfrank.com

*Attorneys for Petitioner Thales Alenia Space France*

SCHINDLER COHEN & HOCHMAN LLP

By: _____
     Rebecca L. Fine
100 Wall Street, 15th Floor
New York, New York 10005
(212) 277-6324 (tel.)
rfine@schlaw.com

*Attorneys for Respondent Globalstar, Inc.*

SO ORDERED: Paul A. Engelmayer 6/7/2012
_____
Hon. Paul A. Engelmayer, U.S.D.J.

00074213 1